AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Jesse Edward WILLIAMS IV<br><br>Defendant(s) | ) ) ) ) ) ) ) ) Case No. 12-4869SAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 18, 2012 in the county of Anne Arundel in the _____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with flight crew members and attendants while they were engaged in the performance of their official duties in the special aircraft jurisdiction of the United States. |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gregg S. Seemiller, Federal Air Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: December 19, 2012

_____
Judge's signature

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U. S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12-4869SAG |
| v. | ) | |
| | ) | |
| Jesse Edward WILLIAMS IV, | ) | |
| | ) | |
| Defendant | ) | |

### AFFIDAVIT IN SUPPORT OF COMPLAINT

Before me personally appeared this date, Gregg Scott Seemiller, Federal Air Marshal, Transportation Security Administration (TSA), Baltimore Field Office, who being duly sworn, deposes and says:

1. Your affiant has been a Federal Air Marshal of the TSA since September 2006 and is presently assigned to the Baltimore Field Office. This affidavit is being submitted for the limited purpose of establishing probable cause to issue a criminal complaint and arrest warrant and does not include each and every fact known to me concerning the investigation described below.

2. On December 18, 2012, at approximately 1:55 pm, your affiant responded to an incident on a commercial aircraft traveling from Baltimore Washington International Airport (BWI).

3. On December 18, 2012, your affiant observed an individual in the galley area of the aircraft (later identified as Jesse Edward WILLIAMS IV), state in a loud voice that he needed to get off of the

12-4869SAG

aircraft. WILLIAMS attempted to open the aircraft boarding door while the aircraft was in motion. Members of the flight crew escorted WILLIAMS back to seat 5D. WILLIAMS then pushed his way past the members of the flight crew back towards the forward section of the aircraft.

Immediately after the confrontation with crew members, the affiant grabbed Williams and identified himself as a law enforcement officer. Williams resisted and continued toward the forward area of the aircraft. The affiant attempted to restrain Williams in the forward area of the aircraft. Williams continued to resist arrest. Williams grabbed the aircraft boarding door as it opened and attempted to flee.

The affiant and Williams fell onto the jetway as the aircraft boarding door opened. Williams continued to resist arrest for several minutes by not complying with the affiant's instructions and physically struggling to escape.

4. Officers from the Maryland Transportation Authority were present on the jet bridge. Maryland Transportation Authority Police officers assisted in the arrest of WILLIAMS. Maryland Transportation Authority Police transported WILLIAMS to their airport station for processing.

5. Based on the foregoing, your affiant believes probable cause exists to issue a criminal complaint charging that on December

18, 2012, while departing Baltimore, Maryland aboard US Airways flight 1017 in the special aircraft jurisdiction of the United States, Jesse Edward WILLIAMS IV did interfere with flight crew members and attendants while they were engaged in the performance of their official duties, in violation of 49 U.S.C. § 46504.

Gregg S. Seemiller
Federal Air Marshal
Federal Air Marshal Service
Transportation Security Admin.

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___19th___ DAY OF December, 2012.

Stephanie A. Gallagher
UNITED STATES MAGISTRATE JUDGE

3